UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 23-24469-CIV-MORENO

PAULA VERCELLI,

    Plaintiff,

vs.

BROWARD R.V., INC.,

    Defendant.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND ORDER GRANTING PLAINIFF'S RENEWED MOTION FOR DEFAULT JUDGMENT

THE MATTER was referred to the Honorable Edwin G. Torres, United States Magistrate Judge, for a Report and Recommendation on Plaintiff's Renewed Motion for Default Judgment **(D.E. 65)**, filed on **November 27, 2024**. The Magistrate Judge filed a Report and Recommendation **(D.E. 66)** on **January 8, 2025**. The Court has reviewed the entire file and record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Edwin G. Torres' Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Plaintiff's Renewed Motion for Default Judgment is **GRANTED**.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ of February 2025.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Edwin G. Torres

Counsel of Record